Case: 1:24-mj-00349
Assigned to: Judge Upadhyaya, Moxila A.
Assign Date: 10/31/2024
Description: COMPLAINT W/ ARREST WARRANT

## STATEMENT OF FACTS

Your Affiant, ███████████, is a Special Agent of the Federal Bureau of Investigation ("FBI") assigned to the Detroit Field Office. Currently, I am tasked with investigating criminal activity in and around the Capitol grounds on January 6, 2021. As a Special Agent, I am authorized by law or by a Government agency to engage in or supervise the prevention, detection, investigation, or prosecution of a violation of Federal criminal laws.

The U.S. Capitol is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification were allowed access inside the U.S. Capitol. On January 6, 2021, the exterior plaza of the U.S. Capitol was also closed to members of the public.

On January 6, 2021, a joint session of the United States Congress convened at the United States Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in the United States Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on November 3, 2020. The joint session began at approximately 1:00 p.m. Shortly thereafter, by approximately 1:30 p.m., the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

As the proceedings continued in both the House and the Senate, and with Vice President Mike Pence present and presiding over the Senate, a large crowd gathered outside the U.S. Capitol. As noted above, temporary and permanent barricades were in place around the exterior of the U.S. Capitol building, and U.S. Capitol Police were present and attempting to keep the crowd away from the Capitol building and the proceedings underway inside.

At such time, the certification proceedings were still underway and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured. Members of the U.S. Capitol Police attempted to maintain order and keep the crowd from entering the Capitol; however, around 2:00 p.m., individuals in the crowd forced entry into the U.S. Capitol, including by breaking windows and by assaulting members of the U.S. Capitol Police, as others in the crowd encouraged and assisted those acts.

Shortly thereafter, at approximately 2:20 p.m. members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President Mike Pence, were instructed to—and did—evacuate the chambers. Accordingly, the joint session of the United States Congress was effectively suspended until shortly after 8:00 p.m. Vice President Pence remained in the United States Capitol from the time he was evacuated from the Senate Chamber until the sessions resumed.

During national news coverage of the aforementioned events, video footage which appeared to be captured on mobile devices of persons present on the scene depicted evidence of violations of local and federal law, including scores of individuals inside the U.S. Capitol building without authority to be there.

According to records obtained through a search warrant served on Google, a mobile device associated with a*********@gmail.com was present at the U.S. Capitol on January 6, 2021. Google estimates device location using sources including GPS data and information about nearby Wi-Fi access points and Bluetooth beacons. This location data varies in its accuracy, depending on the source(s) of the data. As a result, Google assigns a "maps display radius" for each location data point. Thus, where Google estimates that its location data is accurate to within 10 meters, Google assigns a "maps display radius" of 10 meters to the location data point. Finally, Google reports that its "maps display radius" reflects the actual location of the covered device approximately 68% of the time.

In this case, Google records showed that the mobile device associated with a*********@gmail.com was present at the locations illustrated in Figure 1, below. The mobile device was within the U.S. Capitol at locations reflected by each darker blue circle in [Figure 1, etc.], below, with the "maps display radius" reflected by each lighter blue ring around each darker blue circle. As illustrated in Figure 1, the listed locations encompass areas that are at least partially within the U.S. Capitol Building between approximately 2:26 p.m. and 3:29 p.m. on January 6, 2021. In addition, as illustrated in Figure 1, the listed locations were entirely within areas of the U.S. Capitol Grounds which were restricted on January 6, 2021.



**Figure 1**

A search of subscriber information indicated that the email address a*********@gmail.com is associated with ADAM SCHRADER.  On June 24, 2021, FBI Special Agents contacted, and attempted to interview, SCHRADER at his home.  SCHRADER advised that the email a*********@gmail.com was his, but that he would like an attorney before answering additional questions.

A review of CCTV footage from the United States Capitol near the Senate Wing Door was conducted, and an individual who appeared to match SCHRADER's driver license image, and description from the previous contact, was located in the CCTV footage. Screen shots taken from CCTV are included as Exhibit 1, Exhibit 2, and Exhibit 3, below:

**EXHIBIT 1**



At approximately 3:22 p.m. on January 6, 2021, SCHRADER entered the United States Capitol Building through the Senate Wing Door, as pictured in Exhibit 1. SCHRADER walked south toward the hallway leading to the Crypt while carrying his cellular phone. Light can be seen emitting from the cellular phone's screen as the individual holds the phone up as if recording.

**Exhibit 2**



At approximately 3:24 p.m., SCHRADER reemerged from a hallway leading toward the Crypt inside the United States Capitol as he made his way back toward the door where he

entered the Capitol (Exhibit 2). At approximately 3:28 p.m., SCHRADER exited the Capitol Building through the same door he entered approximately 6 minutes earlier, as is captured in Exhibit 3.

**Exhibit 3**



On February 23, 2023, a search warrant for SCHRADER's Google account, a*********@gmail.com, issued from the United States District Court for the District of Columbia, was executed.  A review of the information provided by Google revealed digital receipts for food, transportation, and lodging in Washington D.C. on January 6, 2021.

On May 9, 2024, your affiant and an FBI Task Force Officer spoke with an individual ("Individual 1") in the Human Resources department of SCHRADER's employer.  Individual 1 confirmed that SCHRADER worked for the company, provided an employee photo of SCHRADER, included as Exhibit 4 below, and arranged for SCHRADER's supervisor ("Individual 2') to meet with your affiant.

During the interview of SCHRADER's supervisor, I presented Individual 2 with the photo in Exhibit 1, the circled portion of the photo in Exhibit 3, and the photo in Exhibit 4. Individual 2 confirmed the individual in all three photos was SCHRADER.

**Exhibit 4**



Based on the foregoing, your affiant submits that there is probable cause to believe that SCHRADER violated 18 U.S.C. § 1752(a)(1) and (2), which makes it a crime to (1) knowingly enter or remain in any restricted building or grounds without lawful authority to do so; and (2) knowingly, and with intent to impede or disrupt the orderly conduct of Government business or official functions, engage in disorderly or disruptive conduct in, or within such proximity to, any restricted building or grounds when, or so that, such conduct, in fact, impedes or disrupts the orderly conduct of Government business or official functions; or attempts or conspires to do so. For purposes of Section 1752 of Title 18, a "restricted building" includes a posted, cordoned off, or otherwise restricted area of a building or grounds where the President or other person protected by the Secret Service, including the Vice President, is or will be temporarily visiting; or any building or grounds so restricted in conjunction with an event designated as a special event of national significance.

Your affiant submits there is also probable cause to believe that SCHRADER violated 40 U.S.C. § 5104(e)(2)(D) and (G), which makes it a crime to willfully and knowingly (D) utter loud, threatening, or abusive language, or engage in disorderly or disruptive conduct, at any place in the Grounds or in any of the Capitol Buildings with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress or either House of Congress, or the orderly conduct in that building of a hearing before, or any deliberations of, a committee of Congress or either House of Congress; and (G) parade, demonstrate, or picket in any of the Capitol Buildings.

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 31th day of October 2024.

_____

MOXILA A. UPADHYAYA
U.S. MAGISTRATE JUDGE