AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:24-mj-00349 |
| ADAM ROBERT SCHRADER | ) Assigned to: Judge Upadhyaya, Moxila A. |
| | ) Assign Date: 10/31/2024 |
| | ) Description: COMPLAINT W/ ARREST WARRANT |
| | ) |
| | ) |
| *Defendant* | |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    ADAM ROBERT SCHRADER    ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) -Knowingly, and with intent to impede or disrupt the orderly conduct of Government business or official functions,;
40 U.S.C. § 5104(e)(2)(D) -Disorderly Conduct in a Capitol Building or Grounds,;
40 U.S.C. § 5104(e)(2)(G)-Parading, Demonstrating, or Picketing in a Capitol Building,.

Date:    10/31/2024            *Moxila A. Upadhyaya*
                                                 Digitally signed by Moxila A. Upadhyaya
                                                 Date: 2024.10.31 12:03:45 -04'00'
                                                 *Issuing officer's signature*

City and state:    Washington, D.C.            Moxila A. Upadhyaya, U.S. Magistrate Judge
                                                                    *Printed name and title*

### Return

This warrant was received on *(date)* 10/31/2024, and the person was arrested on *(date)* 11/1/2024
at *(city and state)*    Detroit, Michigan    .

Date: 11/5/2024                    *[signature]*
                                                *Arresting officer's signature*

                                                Brett Mason, Special Agent
                                                *Printed name and title*